OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 2, 2013

Stephen J. Bonebrake, Esq.
Paul D. Clement, Esq.
Richard P. Dearing
John P. Elwood, Esq.
Kevin A. Gaynor, Esq.
Michael Heilman, Esq.
Kevin P. Holewinski, Esq.
David Z. Hudson, Esq.
James M. Jones, Esq.
Lisa E. Jones, Esq.
Rebekah B. Kcehowski, Esq.
Beth M. Kramer, Esq.
Benjamin S. Lippard, Esq.

Monica B. Wagner, Esq.
W. Alan Torrance Jr., Esq.
Chet M. Thompson, Esq.
Peter T. Stinson, Esq.
Andrew N. Sawula, Esq.
Jeffrey Poston, Esq.
Claude S. Platton, Esq.
Michael J. Myers, Esq.
Brian J. Murray, Esq.
Lisa J. Morelli, Esq.
Jeremy C. Marwell, Esq.
Jon C. Martin, Esq.
Robert J. Lundman, Esq.

RE: USA v. EME Homer City Generation, L.P, et al
Case Number: 11-4406/11-4407/11-4408
District Case Number: 2-11-cv-00019

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Wednesday, May 15, 2013**.  Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd Cir. LAR 34.1(a). Court will convene at **9:30 A.M.** and argument in this matter is scheduled in **Courtroom No. 8B, (Honorable Gustave Diamond Courtroom), 8th Floor, U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA.)**Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

Page - 2 -                                    May 2, 2013

RE: USA v. EME Homer City Generation, L.P, et al
Case Number: 11-4406/11-4407/11-4408
District Case Number: 2-11-cv-00019

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Patrick A. McCauley, Jr.*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **SMITH, FISHER and CHAGARES, Circuit Judges**