IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 11-4406, 11-4407, 11-4408 (consol.)

---

UNITED STATES OF AMERICA, *et al.*,

Plaintiffs-Appellants,

v.

EME HOMER CITY GENERATION, L.P., *et al.*,

Defendants-Appellees.

---

On Appeal from the U.S. District Court for
the Western District of Pennsylvania,
No. 2:11-cv-19-TFM (Hon. Terrence F. McVerry).

---

JOINT STATEMENT ON EFFECT OF APPELLEE'S VOLUNTARY
BANKRUPTCY PETITION

Appellee EME Homer City Generation, L.P., and appellants the United States, the Pennsylvania Department of Environmental Protection, the State of New York, and the State of New Jersey (collectively the "filing parties") submit this joint statement. On May 2, 2013, Appellee EME Homer City Generation, L.P., ("EMEHC") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy

1

Court for the Northern District of Illinois.  EMEHC has requested that the bankruptcy court jointly administer its case (13-18703) with the lead case *In re Edison Mission Energy*, Case No. 12-49219 (JPC).  When the United States initiated this action in district court, EMEHC was the lessee and operator of the Homer City generating station, the coal-burning electric power facility that is the subject of this appeal.

    Section 362(a) of the Bankruptcy Code, 11 U.S.C. § 362(a), provides that, under certain circumstances, a filing of a voluntary bankruptcy petition may operate as a stay of, among other things, the continuation of judicial, administrative, or other actions or proceedings against the party filing for bankruptcy.  The filing parties agree, however, that pursuant to the police and regulatory exception to the automatic stay, 11 U.S.C. § 362(b)(4), the stay does not apply to the instant appellate proceedings in *U.S.A., et al. v. EME Homer City Generation L.P, et al.*, Nos. 11-4406, 11-4407, 11-4408 (consol.) (3rd Cir.).

                                       Respectfully submitted,

| | |
|---|---|
| /s/ Michael J. Heilman | /s/ James M. Jones |
| Michael J. Heilman | James M. Jones |
| Southwest Regional Office | JONES DAY |

400 Waterfront Drive
Pittsburgh, PA 15222
(412) 442-4262

*Counsel for the Pennsylvania Department of Environmental Protection*

/s/ Claude S. Patton
Claude S. Patton
120 Broadway, 25th Floor
New York, NY 10271
(212) 416-6511

*Counsel for the State of New York*

/s/ Jon C. Martin
Jon C. Martin
Deputy Attorney General
Division of Law
25 Market Street
Trenton, NJ 08625
(609) 633-8713

*Counsel for the State of New Jersey*

May 13, 2013

500 Grant Street, Suite 4500
Pittsburgh, PA 15219
(412) 391-3939

*Counsel for EME Homer City Generation, L.P.*

/s/ Robert J. Lundman
Robert J. Lundman
U.S. Department of Justice
Environment & Nat. Res. Div.
P.O. Box 7415
Washington, DC 20044
(202) 514-2496

*Counsel for the United States*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the JOINT STATEMENT ON EFFECT OF APPELLEE'S VOLUNTARY BANKRUPTCY PETITION was filed electronically with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated:  May 13, 2013

/s/ James M. Jones
James M. Jones