IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 11-4406, 11-4407, 11-4408 (consol.)

**UNITED STATES OF AMERICA,
COMMONWEALTH OF PENNSYVLANIA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,
STATE OF NEW YORK, STATE OF NEW JERSEY,**
*Plaintiffs-Appellants*,

*v.*

**EME HOMER CITY GENERATION, L.P., et al.,**
*Defendants-Appellees.*

**UNOPPOSED MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE PETITION FOR REHEARING**

Plaintiffs-appellants United States of America and the State plaintiffs-appellants (Commonwealth of Pennsylvania Department of Environmental Protection, State of New York, and State of New Jersey, collectively "the States") hereby move this Court pursuant to Fed. R. App. P. 26(b) and Circuit Rule 27 for a 30-day extension of time to file a petition for panel rehearing and/or rehearing en banc. If granted, the extension would move the due date from October 7, 2013, to November 6, 2013. As the attached declarations explain (one from an attorney

who will be preparing any rehearing petition for the United States and

one from the attorney who will be preparing any rehearing petition for

the States), the extension is necessary because counsel have other

matters that have required a significant amount of time since the

panel's opinion was entered, and additional time is needed for the

Department of Justice, the Environmental Protection Agency, and the

States to complete the process of deciding whether to file a petition.  I

have conferred with counsel for the other parties, and they do not

oppose this extension request.

Respectfully submitted,

s/ Robert J. Lundman
Robert J. Lundman
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC 20044
(202) 514-2496
robert.lundman@usdoj.gov
*Attorney for the United States*

s/ Claude S. Platton
Claude S. Platton
Office of Attorney General of New York
120 Broadway, 25th Floor
New York, NY 10271
(212) 416-6511
claude.platton@ag.ny.gov
*Attorney for the State of New York*

s/ Michael J. Heilman
Michael J. Heilman
Commonwealth of Pennsylvania Dep't of
Environmental Protection
Southwest Regional Office
400 Waterfront Drive
Pittsburgh, PA 15222
(412) 442-4262
mheilman@pa.gov
*Attorney for the Commonwealth of
Pennsylvania Dep't of Envtl. Protection*

s/ Jon C. Martin
Jon C. Martin
Division of Law
25 Market Street
Trenton, NJ 08625
(609) 633-8713
Jon.Martin@dol.lps.state.nj.us
*Attorney for the State of New Jersey*

Dated: September 27, 2013

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 11-4406, 11-4407, 11-4408 (consol.)

**UNITED STATES OF AMERICA,
COMMONWEALTH OF PENNSYVLANIA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,
STATE OF NEW YORK, STATE OF NEW JERSEY,**
*Plaintiffs-Appellants,*

*v.*

**EME HOMER CITY GENERATION, L.P., et al.,**
*Defendants-Appellees.*

## DECLARATION OF ROBERT J. LUNDMAN

1.    I am an attorney in the Appellate Section, Environment and Natural Resources Division, United States Department of Justice.  I am the attorney with primary responsibility for preparation of any petition for rehearing that the government will file in this appeal.

2.    This is the government's first request for an extension of time for a rehearing petition.  Any rehearing petition is currently due on October 7, 2013 (45 days from the panel's decision entered on August 21, 2013, see Fed. R. App. P. 35(c) and 40(a)(1)).  I am requesting a 30-

day extension of time, which, if granted, would move the due date to November 6, 2013.  I am requesting the extension for several reasons.

3.      First, an extension is required because of my involvement in other cases.  Since the panel's opinion, I spent a significant amount of my time preparing for argument on September 6, 2013, in *Arkansas Game and Fish Commission v. United States*, Fed. Cir. Nos. 2009-5121, 2009-5029.  I have also spent a significant amount of time seeking authorization to file and then preparing a petition for rehearing en banc in *United States v. Midwest Generation*, LLC, 7th Cir. Nos. 12-1026, 12-1051.  I filed the government's petition on September 3, 2013.

4.      Second, additional time is needed for the government to complete the process of deciding whether to petition for panel rehearing and/or rehearing en banc.  The Solicitor General decides whether to file a petition for rehearing en banc.  Before the Solicitor General makes that decision, the trial section and the agency (here, EPA) make recommendations, and I then have the responsibility for preparing a draft recommendation on behalf of the Assistant Attorney General for the Environment and Natural Resources Division.  The extension is needed so the government can properly consider and complete the

process of deciding whether to petition for rehearing in this complicated multi-issue case.  In addition, any petition will have to be reviewed by EPA and reviewed and approved by the Assistant Attorney General for the Environment and Natural Resources Division.  The extension is also necessary to provide sufficient time for that review and approval process.

5.     I have worked and will continue to work diligently to complete any authorized petition for panel or en banc rehearing within the time requested.

6.     On September 26, 2013, I contacted the attorneys representing defendants-appellees (James Jones, Kevin Gaynor, Chet Thompson, and David Z. Hudson) about the requested extension.  They do not oppose this requested extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2013.

Respectfully submitted,

s/ Robert J. Lundman
Attorney, Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, D.C. 20044
(202) 514-2496
robert.lundman@usdoj.gov

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA, et al.,

            Plaintiffs,

    v.

EME HOMER CITY GENERATION, L.P.,
et al.,

            Defendants.

NO. 11-4406 (and
consolidated cases)

**Declaration of Claude S. Platton**

1.     I am an Assistant Solicitor General in the Office of the New York State Attorney General.  I am admitted to practice in this Court and serve as counsel for the State of New York in this appeal.  I am responsible for coordinating litigation of this appeal on behalf of New York and co-appellants the State of New Jersey and the Pennsylvania Department of Environmental Protection (collectively, the "States").

2.     The States respectfully request a thirty-day extension of time to file a motion for panel rehearing or rehearing en banc in this appeal.  This is the States' first request for an extension of time to petition for rehearing.  I make this request for several reasons.  First, the decision whether the States will move for rehearing requires discussion and

coordination among representatives of this Office, the Office of the New Jersey Attorney General, and the Pennsylvania Department of Environmental Protection.  Counsel in each Office must also obtain internal authorization to pursue rehearing.  An extension of time is needed so that the States can fully consider and complete the process of deciding whether to petition for rehearing.

3.    Second, the States are coordinating efforts with the United States to minimize repetitive briefing of issues in order to assist the Court's review.  A thirty-day extension would enable the States and the United States to coordinate efforts after the States and the United States have decided whether to seek rehearing.

4.    I have worked and will continue to work diligently to complete any authorized petition for panel or en banc rehearing within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 27, 2013

s/ Claude S. Platton
CLAUDE S. PLATTON

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system.  I certify that service on counsel of record will be accomplished by the CM/ECF system.

s/ Robert J. Lundman
Robert J. Lundman
United States Department of Justice
Environment & Natural Resources Div.
P.O. Box 7415
Washington, DC 20044
(202) 514-2496
robert.lundman@usdoj.gov